ELMER E. WILSON, Respondent, *v.* LE VELL MOON, Doing Business under the Name of JOHN MOON & SON, et al., Defendants, CLARENCE SAND AND GRAVEL Co., INC., et al., Respondents, and COLUMBIA CASUALTY COMPANY, Appellant.

BLOOMINGTON LIMESTONE COMPANY, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF LOCKPORT et al., Respondents, and COLUMBIA CASUALTY COMPANY, Appellant, Impleaded with Others.

(Argued October 18, 1934; decided November 20, 1934.)

*Stanley H. Montfort* for appellant.

*Harry L. Gilrie* for Elmer E. Wilson, respondent.

*Montford C. Holley* for Donoh W. Hanks et al., respondents.

*Harry J. Kelly* for Bloomington Limestone Company, respondent.

*Edward Gram* for August Feine & Sons Co., Inc., respondent.

*Frank Gibbons* for Clarence Sand & Gravel Company, Inc., respondent.

*Charles R. Whiting* for Kalman Steel Company, respondent.

*David E. Jeffery* for Chester W. Fenno et al., respondents.

*William E. Lockner* for L. N. Whissel Lumber Co., Inc., respondent.

*Abner T. Hopkins* for Board of Education of the City of Lockport, respondent.

*W. W. Storrs* and *E. Storrs* for Lockport Lumber Yards, Inc., respondent.

In each case, judgment affirmed, with one bill of costs to each respondent appearing and filing a brief. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.